FILED
APR 13 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>vs.<br>LOUIE OROPEZA (2),<br><br>                        Defendant. | CASE NO. 16CR0532-W<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by the U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

**IT IS SO ORDERED.**

Dated: 4/12/17.

                                              **HONORABLE KAREN S. CRAWFORD**
                                              **United States Magistrate Judge**